Bertha McConachy, appellee, v. F. W. Leuthesser, appellant. Gen. No. 30,733.

Action for personal injuries. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Jesse Holdom, Judge,

presiding. Heard in the first division of this court for the first district at the October term, 1925. Reversed and remanded. Johnston, J., dissents. Opinion filed June 14, 1926.

Miller, Gorham, Wales & Noxon, for appellant.    Campbell & Fischer, for appellee; Carlton L. Fischer, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.